In the Matter of the Claim of ANDREW DIENSKE, Respondent, against F. BIANCHI TOMPKINS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued January 11, 1939; decided February 21, 1939.

*J. Vanderbilt Straub* and *Edward L. Johnson* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.